AUG-14-2003 THU 06:00 PM EDWARDS ANGELL 6          FAX NO. 4012766611          P. 02
08/07/2003 12:52 FAX  860 527 4198          EDWARDS & ANGELL

1

1    IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

2       COUNTY DEPARTMENT - CHANCERY DIVISION

3

4   SUN LIFE ASSURANCE COMPANY OF   )

5   CANADA, a Canadian corporation,  )

6   PHOENIX HOME LIFE MUTUAL.         )

7   INSURANCE COMPANY, a New York    )

8   corporation, and AMERICAN PHOENIX )

9   LIFE AND REASSURANCE COMPANY, a  )

10  Connecticut corporation,         )

11         Plaintiffs,   )

12      vs.           ) No. 99 CH 14112

13  AON RE, INC., an Illinois        )

14  corporation,                )

15         Defendant.    )

16

17

18

19       TRANSCRIPT OF PROCEEDINGS had in the

20  above-entitled cause on the 11th day of January,

21  2001, at 11:55 a.m.

22

23

24  BEFORE: HONORABLE SIDNEY A. JONES, III.

ls

AUG-14-2003 THU 06:09 PM   EDWARDS & ANGELL        FAX NO. 4012766611        P. 18
08/07/2003 12:58 FAX  860 527 4198           EDWARDS & ANGELL        → PROVIDENCE

52

1      In Professco Corporation versus Denn at

2    196 Illinois Appellate 3d 127, Page 131, the Court

3    held that a $100 a day fine was just against a

4    noncomplying party where the total case value was

5    less than $2400.

6         Underlying this whole matter is the

7    Allianz case --

8    MR. SHAPIRO: A-H --

9    THE COURT: -- A-l-l-i-a-n-z, Allianz Life

10   Insurance Company of North America versus American

11   Phoenix Life and others, including Sun Life

12   Assurance Company and Aon Re, Incorporated, pending

13   in the United States District Court for the District

14   of Minnesota.

15        Apparently that matter is presently

16   stayed. Apparently the participants in that matter

17   are locked in many proceedings in many locations

18   between Maine and Miami and New York and California,

19   and Nebraska and Alaska, perhaps.

20        And the Court is not -- although the

21   Court is not to base its decisions on matters that

22   are not before it, the Court need not put on

23   blinders, either. And it's perfectly obvious that

24   what is motivating this plaintiff in this case is to

Is

53

1   get materials that are going to be relevant in all

2   of those myriad matters.  That is conduct which the

3   plaintiff is entitled to engage in.

4        In the context of the District Court

5   case, Aon was the agent of both Centaur, which is an

6   offshore underwriting management company which

7   provided underwriting management for the defendant

8   insurance companies, and Aon was also the agent of

9   the defendant insurance companies.

10       From the moment this matter was filed,

11  Sun Life was entitled to ask and the only thing that

12  Aon had to do was produce, period, end of

13  discussion.  There was no confusion.

14       When the Court considers this matter, it

15  considers -- there are a number of phrases that come

16  to the Court's mind, acute calcification of the

17  cranium being one of them.  That means hard-headed.

18  Other words that are more recognized by lawyers come

19  to mind, such as obstreperous, intransigence,

20  defiance, denial, misleading, frivolous, misconduct,

21  false, those kinds of things.

22       Almost from the moment that this matter

23  began and came to the Court's attention it was clear

24  to the Court that the defendant was engaging in

is

AUG-14-2003 THU 06:10 PM   EDWARDS & ANGELL      FAX NO. 4012766611           P. 20
08/07/2003 12:58 FAX  860 527 4198        EDWARDS & ANGELL      → PROVIDENCE1        ⊠011/000

54

1   every perceived procedural ploy that it thought it

2   could avail itself of, totally in an effort to

3   frustrate and make difficult the acquisition of

4   materials to which the plaintiff had a clear,

5   absolute right.

6           And I started off this discussion by

7   discussing the case in which $100 would have been

8   appropriate or was found to be appropriate in a

9   $2400 case.

10          And having familiarized myself with the

11   Allianz case as much as I could, the figure

12   $68 million appeared in there somewhere. And the

13   Court was contemplating a daily sanction of

14   somewhere between 100,000 and $1 million a day had

15   the defendant persisted in its obstruction of

16   turnover of documents. That would have been a

17   penalty.

18          I have made it clear at some point in the

19   case to counsel prior to Ms. Stone having gotten

20   involved that this Court was not into token daily

21   penalties, this Court was not going to enter a $100

22   a day fine or even a $100 fine, the fine was going

23   to be substantial, and the Court still had not made

24   up its mind whether it was going to be a six-figure

ls



# JOSEPH P. MAHR INVESTIGATIONS

120 EAST OGDEN AVENUE
SUITE 12
HINSDALE, ILLINOIS 60521

PHONE:  630-325-0505
MOBILE:  630-520-5143
FAX:    630-325-9499

May 22, 2002

Cadwalader, Wickersham & Taft
Attorneys at Law
100 Maiden Lane
New York, NY  10038

Attention:  Carla Spivack

                    Re:  Sun Life Assurance Company of Canada,
                         et al. v. Connecticut General Life Ins.
                         Co., et al.

Dear Ms. Spivack:

I have been attempting to serve the Summons for Deposition on Roger K. Smith since April 27th. He had, as you know, returned my call to his office phone, 312-381-5343, from London, indicating that he was out of town but would be returning shortly. It was believed that he was coming back to the states the week of the 29th of April, but when attempted service at AON found the company preventing access to his office floor and calls no more answered and no response to messages left, I did a rush Faces of the Nation address verification search and the enclosed National Dossier on Mr. Smith to confirm his residence, hoping to be able to serve him at his home, if not his office.

Subsequently, additional service attempts at AON, as well as service attempts at his home, proved unproductive, including a stake out on May 9th, 2002, starting at 5:30 a.m. While the subject's wife and housekeeper were observed, he was not. The African American cleaning woman was interviewed after Christine Smith left the premises, and indicated that Mr. Smith was not home, and from talking to various people at AON, I believe Mr. Smith was actually staying out of town, possibly in England, to evade the service. With heightened security at AON, there is no way to get to him, and appeals to their Legal Department got the response that they would not assist in the service or allow service to be made at their office location. I also attempted to have someone intercede with their Legal Department, but they have not been able to supposedly assist us, as they do not represent him.

On May 10th, with time running out, and having provided copies of both the Illinois Compiled Statute regarding obstructing service, and the Illinois Supreme Court Rules about complying with Subpoenas, John had on the 11th of May, left the Summons for Deposition and deposition fee with Christine Smith, who refused to take it in her hand, reminding her of the previously provided papers

Ms. Spivack
Page 2
May 22, 2002

regarding obstructing and compelling powers.

I am enclosing the material that I had obtained showing the Winnetka address
to be his residence and, pursuant to Jeff Burman's request, we will be
endeavoring again to serve Smith at his residence by placing it under
surveillance without attempting to either serve him at AON or calling his home
to see if he is available, so as not to alert him as he had been previously
alerted by the opposition attorneys.

I will call if and when service is made.

Very truly yours,

Joseph P. Mahr

JPM:ce
Encs.

From: "Ray R.
Date: Tue, 30 Apr 2002 11:57:30 -0700
To:    "JPM"


        Report Plus Associates
Compiled on 4/30/2002 at 12:18PM
Reference: None Entered
User-Supplied Information
   Last Name: SMITH
   First Name: ROGER
   Middle Initial: K
   SSN: 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
   Address 1: 1314 SCOTT AVE
      WINNETKA, IL 60093

ROGER K SMITH DOB: FEB 28, 1963
   SSN 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

Possible Driver Licenses
   SMITH, ROGER K
   DL: S53073163059 issued in Illinois on 01/22/1997 expires 02/28/2001
   DOB: 02/28/1963     Height:
   990 N LAKE SHORE DR    CHICAGO, IL 60611

Possible Addresses Associated with Subject
   DEC-1994/JAN-2002 - 1314 SCOTT AVE (847) 943-5727
   WINNETKA, IL 60093
   MAR-1996/JUL-2001 - 25 E DELAWARE PL
   CHICAGO, IL 60611
   JUL-2001/JUL-2001 - 990 N LAKESHORE DR (312) 943-5727
   CHICAGO, IL 60611
   SEP-1996/NOV-2000 - 1817 N HALSTED ST
   CHICAGO, IL 60614
   JUN-1997/AUG-1999 - 1730 N CLARK ST 2402
   CHICAGO, IL 60614
   AUG-1999/AUG-1999 - 1730 N CLARK ST
   CHICAGO, IL 60614
   JUN-1998/OCT-1998 - 900 N LAKE SHORE DR
   CHICAGO, IL 60611
   MAR-1998/MAR-1998 - 123 N WACKER DR
   CHICAGO, IL 60606
   SEP-1996/JUL-1997 - 990 NORTH LAKE SHORE DR 11C
   CHICAGO, IL 60611
   99 W LAKE ST
   CHICAGO, IL 60601
   990 N LAKE SHORE DR
   CHICAGO, IL 60611

Phone Listings for Subject's Addresses
   1314 SCOTT AVE WINNETKA, IL 60093
   BELL CHRISTINE (847) 446-6624
   SMITH ROGER (847) 446-6624
   25 E DELAWARE PL CHICAGO, IL 60611
   KROMELOW JACK A.(312) 943-7319
   NADYA NADYA (312) 642-6119
   DELAWARE TOWERS (312) 944-4245
   DELAWARE TOWERS (312) 943-7319
   1730 N CLARK ST 2402 CHICAGO, IL 60614
   504 phone numbers found, only first 10 listed.
   CHICAGO'S BEST ENTERTAINMENT (312) 642-1504
   INTERNATIONAL PREMIUM PRODUCTS (773) 549-5800
   LIGHTING DESIGN & SUPPLY (312) 266-8296
   PROFESSIONAL'S TRANSCRIPTION (312) 280-8973
   MARTHA'S VINEYARD (312) 943-4070
   DLB LTD (312) 951-1980
   TERRACE CLEANERS (312) 337-4778
   BEACON COMMUNICATIONS (312) 943-4158
   F & W (312) 397-1480

```
900 N LAKE SHORE DR CHICAGO, IL 60611
297 phone numbers found, only first 10 listed.
GOLD COAST CLEANERS (312) 787-3116
GARAGE 900-910 N LAKE SHORE (312) 944-0160
GARAGE 900-910 N LAKE SHORE (312) 944-0196
MARIANNE DESON (312) 266-1461
LAZAR MAURICE (312) 337-3888
RAW ENERGY CORP (847) 298-9128
TRADERS GROUP INC (312) 787-7897
COM MAR FOUR (312) 943-2273
ROSNER GROUP (312) 642-9830
GOLD COAST CLEANERS (312) 787-3116
123 N WACKER DR CHICAGO, IL 60606
41 phone numbers found, only first 10 listed.
AON CONSULTING INC (312) 701-4800
AON CORPORATION (312) 701-3000
RYAN WARRANTY SVC INC (312) 701-3700
BRIDGE COMBINED INSURANCE (312) 368-1535
AU BON PAIN (312) 419-5165
AU BON PAIN (312) 419-5165
VIRGINIA SURETY CO (312) 701-4670
VIRGINIA SURETY CO (312) 701-4910
PRENTISS PROPERTIES LTD (312) 236-0820
AON CONSULTING (312) 701-4800
990 NORTH LAKE SHORE DR 11C CHICAGO, IL 60611
139 phone numbers found, only same last name considered.
SMITH THOMAS (312) 944-1324
```

Possible Relatives (* denotes match with one of Subject's addresses)

(R- 1) SMITH, RICHARD G JR DOB: MAY 05, 1979

  SEP 1996/SEP 1996 - *1817 N HALSTED ST
  CHICAGO, IL 60614

(R- 2) SMITH, CHRISTINE A DOB: OCT 1963
  SSN 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

  Possible AKA: CHRISTINE A BELL SSN: 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
  Possible AKA: C H SMITH

  OCT 1999/OCT 2001 - *1314 SCOTT AVE (847) 943-5727
  WINNETKA, IL 60093
  JUL 2001/JUL 2001 - *990 N LAKESHORE DR (312) 943-5727
  CHICAGO, IL 60611
  JUL 2001/JUL 2001 - *25 E DELAWARE PL
  CHICAGO, IL 60611
  AUG 1997/NOV 2000 - *1817 N HALSTED ST (312) 944-6906
  CHICAGO, IL 60614
  JUN 1997/SEP 2000 - *1730 N CLARK ST 2402
  CHICAGO, IL 60614
  FEB 1986/FEB 1986 - 20 DUBOIS AVE
  VALLEY STREAM, NY 11581
  2 WORLD TRADE CN
  NEW YORK, NY 10048

(R- 3) SMITH, LILLIAN DOB: SEP 04, 1924
  SSN 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

  Possible AKA: LILLIAN W MORGAN SSN: 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
  Possible AKA: LILLIAN M SMITH SSN: 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
  Possible AKA: LILLIAN WARD SMITH SSN: 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

  JUL 1999/DEC 2001 - 500 S EDWARDS BLVD 3 (262) 249-9986
  LAKE GENEVA, WI 53147
  JUL 2001/JUL 2001 - 2144 N LINCOLN PA (312) 248-3274
  CHICAGO, IL 60614
  JUL 2001/JUL 2001 - 253 E DELAWARE PL
  CHICAGO, IL 60611
  AUG 1992/JUL 2001 - 1360 N LAKE SHORE DR
  CHICAGO, IL 60610

MAY 2001/MAY 2001 - 500 S EDWARDS BLVD
LAKE GENEVA, WI 53147
APR 2000/APR 2000 - 500 S EDWARDS BLVD 31 (262) 248-3274
LAKE GENEVA, WI 53147
JUN 1998/JUN 1998 - 3 UNIT
LAKE GENEVA, WI 53147
MAR 1998/APR 1998 - *25 E DELAWARE PL
CHICAGO, IL 60611
FEB 1998/FEB 1998 - 24 E DELAWARE PL
CHICAGO, IL 60611
FEB 1998/FEB 1998 - 24 E DELAWARE (312) 248-3274
CHICAGO, IL 60611
JUN 1995/JUN 1995 - 500 S EDWARDS BLVD 1
LAKE GENEVA, WI 53147
MAR 1993/MAR 1993 - 1360 LAKE SHORE DR
CHICAGO, IL 60610
APR 1987/APR 1987 - 2144 N LINCOLN WEST PK
CHICAGO, IL 60614
2144 N LINCOLN WEST
CHICAGO, IL 60614
2020 LINCOLNPARK
CHICAGO, IL 60614
1360 LAKESHORE DR
CHICAGO, IL 60610
1360 LAKE SHORE DR 813
CHICAGO, IL 60610
1127 S OLD WILKIE RD
ARLINGTON HEIGH, IL 60005
508 S EDWARDS BLVD
LAKE GENEVA, WI 53147
50 S EDWARDS BLVD (262) 248-3274
LAKE GENEVA, WI 53147


(R- 4) SMITH, STACEY L DOB: JAN 01, 1971
   SSN 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

   Possible AKA: STACEY SMITH SSN: 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
   Possible AKA: S K SMITH SSN: 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
   Possible AKA: S D SMITH

   APR 2000/AUG 2001 - 1196 ASHFORD LN (859) 380-6298
   LEXINGTON, KY 40515
   AUG 2001/AUG 2001 -
   BOARDMAN, OH 44512
   SEP 1999/JUL 2001 - 317 SHORESIDE DR (859) 885-9382
   LEXINGTON, KY 40515
   AUG 2000/JUL 2001 - 3170 MAPLELEAF DR 305
   LEXINGTON, KY 40509
   JAN 2001/MAY 2001 - 1424 SUMMER RIDGE DR J
   KALAMAZOO, MI 49009
   MAY 2001/MAY 2001 - 58221 BENJAMIN AVE
   ELKHART, IN 46517
   DEC 2000/DEC 2000 - 58221 BENHAM AVE (574) 312-9900
   ELKHART, IN 46517
   NOV 2000/NOV 2000 - 25 E DELAWARE PL 1603
   CHICAGO, IL 60611
   NOV 2000/NOV 2000 - 285 ROSEMONT GDN
   LEXINGTON, KY 40503
   OCT 1999/OCT 1999 - 15441 SW 115TH TER
   MIAMI, FL 33196
   JUN 1993/JUN 1993 - 700 NURSERY RD (765) 643-3678
   ANDERSON, IN 46012
   DEC 1992/DEC 1992 - 58221 BENHAM
   ELKHART, IN 46517
   118 S 15TH ST
   MIDDLETOWN, IN 47356
   58224 BENHAM AVE
   ELKHART, IN 46517
   591 LAKEVIEW DR
   NOBLESVILLE, IN 46060
   PO BOX 613

ANDERSON, IN 46015
3170 MAPLELEAF DR
LEXINGTON, KY 40509
201 ORCHARD DR 115 (859) 885-9382
NICHOLASVILLE, KY 40356

(R- 5) SMITH, THOMAS F DOB: DEC 13, 1954
SSN 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

Possible AKA: THOMAS E SMITH SSN: 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

MAR 2001/MAR 2001 - 990 N NORTH LAKE SHORE DR 15D
CHICAGO, IL 60611
APR 1993/NOV 2000 - 1242 ASHLAND AVE (708) 944-1324
RIVER FOREST, IL 60305
OCT 1995/OCT 1995 - 247 E CHESTNUT ST
CHICAGO, IL 60611
MAY 1995/JUL 1995 - 990 N LAKE SHORE DR 15D
CHICAGO, IL 60611
JUL 1995/JUL 1995 - *990 N LAKE SHORE DR
CHICAGO, IL 60611
JUN 1995/JUN 1995 - 990 N LAKESHORE DR 15D (312) 944-1324
CHICAGO, IL 60611
JUN 1994/JUL 1994 - 247 E CHESTNUT ST 801
CHICAGO, IL 60611
JUN 1994/JUN 1994 - 247 CHESTNUT 801
CHICAGO, IL 60611
MAR 1994/MAR 1994 - 1904 N NEWCASTLE AVE
CHICAGO, IL 60707
MAR 1994/MAR 1994 - 517 THOMAS AVE
FOREST PARK, IL 60130
DEC 1984/DEC 1984 - 512 S CLARENCE (708) 386-6351
OAK PARK, IL 60304
1904 N NATOMA AVE
CHICAGO, IL 60707
940 NORTH LAKE SHORE DR
CHICAGO, IL 60611
1242 N ASHLAND (708) 386-6351
RIVER FOREST, IL 60305
935 S THOMAS
FOREST PARK, IL 60130

## Search Results        Click on Name for Detail

# Faces of the Nation®

## Street Address, Zip Search Based on: 1314 SCOTT AVE, 60093

| Page Up |

**44 exact matches, 44 match on first 19 characters**

| | Name | Address | DOB | Age | SSN | Phone | Reported |
|---|---|---|---|---|---|---|---|
| | BROWN, PAULA E | 1314 S FOREST GLEN DR WINNETKA IL 60093 | | | 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 | (847)946-2620 | 05/01/1998 |
| ✓ | BELL, CHRISTINE A | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 01/01/2000 |
| ✓ | SMITH, ROGER | 1314 SCOTT AVE WINNETKA IL 60093 | | | | | 01/01/2000 |
| ✓ | SMITH, ROGER K | 1314 SCOTT AVE WINNETKA IL 60093 | | | | (847)446-6624 | 12/16/1994 |
| ✓ | BELL, CHRISTINE A | 1314 SCOTT AVE WINNETKA IL 60093 | | | | (847)446-6624 | 12/16/1994 |
| ✓ | BELL, CHRISTINE A | 1314 SCOTT AVE WINNETKA IL 60093 | | | 122-56-XXXX | | 05/14/2001 |
| ✓ | SMITH, ROGER K | 1314 SCOTT AVE WINNETKA IL 60093 | | | 331-92-XXXX | | 05/14/2001 |
| ✓ | SMITH, CHRISTINE A | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 01/2001 |
| ✓ | SMITH, ROGER K | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 02/2000 |
| ✓ | BELL, CHRISTINE A | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 10/2001 |
| ✓ | SMITH, CHRISTINE A | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 05/2001 |
| ✓ | SMITH, ROGER K | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 02/2000 |
| ✓ | PERKINS, JAMES P | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | (847)441-9015 | 07/01/1998 |
| ✓ | BELL, CHRISTINE A | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | (847)943-5727 | 10/01/1999 |
| ✓ | SMITH, ROGER K | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | (847)943-5727 | 10/01/1999 |

| Page Down |

AutoTrack Home   Feedback   Results Manager   New Search   Sign Off   Help/Support   Permissible Use   Refere

## Search Results            Click on Name for Detail

# Faces of the Nation ®



## Street Address, Zip Search  Based on: 1314 SCOTT AVE, 60093

| Page Up | | 44 exact matches, 44 match on first 19 characters |

| Name | Address | DOB | Age | SSN | Phone | Reported |
|------|---------|-----|-----|-----|-------|----------|
| ✓ ▪ SMITH, ROGER K | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | (847)943-5727 | 10/01/1999 |
| ✓ ▪ SMITH, CHRISTINE A | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | (847)943-5727 | 11/01/2000 |
| ✓ ▪ PERKINS, JAMES P | 1314 SCOTT AV WINNETKA IL 60093 | 12/1939 | 62 | 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 | (847)441-9015 | |
| ✓ ▪ REES, PENLEY P | 1314 SCOTT AV WINNETKA IL 60093 | 07/1934 | 67 | 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 | | |
| ✓ ▪ PERKINS, JAMES P | 1314 SCOTT AV WINNETKA IL 60093 | 12/1939 | 62 | 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 | (847)441-9015 | 06/01/1993 |
| ✓ ▪ PERKINS, SARAH S | 1314 SCOTT AV WINNETKA IL 60093 | 07/1947 | 54 | | | 05/01/1993 |
| ✓ ▪ PERKINS, SARAH R | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 02/01/1993 |
| ✓ ▪ KEVIN, PERKINS R | 1314 SCOTT AVE | | | | | |
| ✓ ▪ PERKINS, JAMES P | 1314 SCOTT AVE WINNETKA IL 60093 | 12/1939 | 62 | 340-32-XXXX | | 07/1998 |
| ✓ ▪ PERKINS, SARAH S | 1314 SCOTT AVE WINNETKA IL 60093 | 07/1947 | 54 | 348-40-XXXX | | 07/1998 |
| ✓ ▪ PERKINS, BRIAN P | 1314 SCOTT AVE WINNETKA IL 60093 | 04/1978 | 24 | 337-82-XXXX | | 07/1998 |
| ✓ ▪ PERKINS, KEVIN M | 1314 SCOTT AVE WINNETKA IL 60093 | 04/1980 | 22 | | | 07/1998 |
| ✓ ▪ PERKINS, QUINN | 1314 SCOTT AVE WINNETKA IL 60093 | | | | | 07/1998 |
| ✓ ▪ PERKINS, BRIAN P | 1314 SCOTT AVE WINNETKA IL 60093 | | | 337-82-XXXX | | 07/1998 |
| ✓ ▪ PERKINS, JAMES P | 1314 SCOTT AVE WINNETKA IL 60093 | | | | | 07/1998 |

| Page Down |

**AutoTrack Home**   **Feedback**   **Results Manager**   **New Search**   **Sign Off**   **Help/Support**   Permissible Use   Refere

## Search Results     Click on Name for Detail

# Faces of the Nation ®



## Street Address, Zip Search Based on: 1314 SCOTT AVE, 60093

Page Up |    44 exact matches, 44 match on first 19 characters

| Name | Address | DOB | Age | SSN | Phone | Reported |
|------|---------|-----|-----|-----|-------|----------|
| ✓ ▇ PERKINS, JAMES P | 1314 SCOTT AVE WINNETKA IL 60093 | | | | | 07/1998 |
| ✓ ▇ PERKINS, BRIAN P | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 07/17/2001 |
| ✓ ▇ PERKINS, BRIAN P | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | (847)582-6853 | 07/17/2001 |
| ✓ ▇ PERKINS, JAMES P | 1314 SCOTT AVE WINNETKA IL 60093 | | | 340-32-XXXX | | 11/16/2000 |
| ✓ ▇ PERKINS, SARAH R | 1314 SCOTT AVE WINNETKA IL 60093 | | | 348-40-XXXX | | 09/29/2000 |
| ✓ ▇ PERKINS, JAMES P | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 06/1999 |
| ✓ ▇ PERKINS, KEVIN | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 03/1999 |
| ✓ ▇ PERKINS, SARAH S | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 10/1998 |
| ✓ ▇ PERKINS, JAMES P | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 06/1999 |
| ✓ ▇ PERKINS, SARAH S | 1314 SCOTT AVE WINNETKA IL 60093 | | | 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 | | 10/1998 |
| ✓ ▇ PERKINS, SARAH R | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 07/01/1998 |
| ✓ ▇ PERKINS, KEVIN M | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 03/01/1999 |
| ✓ ▇ PERKINS, KEVIN M | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 03/01/1999 |
| ✓ ▇ BELL, CHRISTINE A | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 07/18/2001 |
| ✓ ▇ PERKINS, JAMES P | 1314 SCOTT AVE WINNETKA IL 60093 | 12/06/1939 | 62 | 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 | | 07/18/2001 |

Page Down |

Search Results          Click on Name for Detail          

# Faces of the Nation ®

## Street Address, Zip Search Based on: 1314 SCOTT AVE, 60093

| Page Up |

44 exact matches, 44 match on first 19 characters

| Name | Address | DOB | Age | SSN | Phone | Reported |
|---|---|---|---|---|---|---|
| ✓ ▉ PERKINS, JAMES P | 1314 SCOTT AV WINNETKA IL 60093 | 12/06/1939 | 62 | 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 | | 07/18/2001 |
| ✓ ▉ PERKINS, SARAH R | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 07/12/2001 |
| ✓ ▉ SMITH, ROGER K | 1314 SCOTT AV WINNETKA IL 60093 | | | 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 | | 07/18/2001 |
| ▉ HARRIS, JEAN K | 1314 SUNVIEW WINNETKA IL 60093 | 12/1922 | 79 | 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 | | |
| ▉ PELLETIER, GARY R | 1314 SUNVIEW LN WINNETKA IL 60093 | 05/1957 | 44 | 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 | | 07/00/2000 |
| ▉ HARRIS, MORTON J | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 318-01-XXXX | | 07/01/1965 |
| ▉ PELLETIER, DALE M | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 357-48-XXXX | (847)441-9590 | 04/16/1993 |
| ▉ PELLETIER, SUSAN W | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 329-60-XXXX | (847)441-9590 | 04/16/1993 |
| ▉ PELLETIER, GARY R | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 340-54-XXXX | | 01/17/2001 |
| ▉ PELLETIER, SUSAN W | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 329-60-XXXX | | 01/19/2001 |
| ▉ PELLETIER, DALE M | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 357-48-XXXX | | 01/19/2001 |
| ▉ HARRIS, JEAN K | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 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 | | 01/1991 |
| ▉ PELLETIER, DALE M | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 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 | | 01/1998 |
| ▉ PELLETIER, SUSAN W | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 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 | | 04/1998 |
| ▉ HARRIS, JEAN K | 1314 SUNVIEW LN WINNETKA IL 60093 | | | 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 | | 01/1991 |

| Page Down |

# BUSINESS SERVICES

## Results from Corporation Search

| Entity Name | AON CORPORATION | File Number | 52024722 |
|---|---|---|---|
| Entity Type | Corporate Master | Type Corporation | Foreign BCA |
| Incorporation Date | 04/10/1980 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 07/07/1993 |
| Agent Street | 208 SOUTH LASALLE STREET | President Name | PATRICK G RYAN 134 MELROSE KENILWORTH 60043 |
| Agent City | CHICAGO | Secretary Name | KEVANN M COOKE 123 N WACKER DR CHICAGO 60606 |
| Agent Zip | 60604 1136 | Duration Date | Perpetual |
| Current Paid Year | 2002 | Current Paid Date | 04/12/2002 |
| Assumed Name | | | |

Back to the Corporation/LLC Search page
BizDrive Illinois home page

720 ILCS 5/31-1a                    CRIMINAL CODE

violation of the resistance statute had "reason-able grounds" to arrest defendants without a warrant. People v. Holdman, 73 Ill. 2d 213, 22 Ill. Dec. 679, 383 N.E.2d 155 (1978).

The fact that a formal charge of resisting or obstructing a police officer was never made did

not detract from the conclusion that officers who personally witnessed defendants' flight in violation of this section had "reasonable grounds" to arrest defendants without a war-rant. People v. Holdman, 73 Ill. 2d 213, 22 Ill. Dec. 679, 383 N.E.2d 155 (1978).

## LEGAL PERIODICALS

For article, "Survey of Illinois Law [1989-90]—Criminal Law," see 15 S. Ill. U.L.J. 785 (1991).

## 720 ILCS 5/31-1a   Disarming a peace officer

Sec. 31-1a. *Disarming a peace officer.* A person who knowingly disarms a person known to him to be a peace officer, while the peace officer is engaged in the performance of his official duties by taking a firearm from the person of the peace officer or from an area within the peace officer's immediate presence without the peace officer's consent shall be guilty of a Class 2 felony. (Source: P.A. 84-181.)

Note.
This section was Ill.Rev.Stat., Ch. 38, para. 31-1a.

## 720 ILCS 5/31-3   Obstructing service of process

Sec. 31-3. *Obstructing service of process.* Whoever knowingly resists or obstructs the authorized service or execution of any civil or criminal process or order of any court commits a Class B misdemeanor. (Source: P.A. 77-2638.)

Note.
This section was Ill.Rev.Stat., Ch. 38, para. 31-3.

JOSEPH P. MAHR          5/06/02

ROGER K. SMITH
NR, your info with or without middle
initial.

# TO BE PROVIDED PROMPTLY UPON SHORTLY-ANTICIPATED RESOLUTION OF PROTECTIVE ORDER ISSUE

# TO BE PROVIDED PROMPTLY UPON SHORTLY-ANTICIPATED RESOLUTION OF PROTECTIVE ORDER ISSUE

**LATHAM&WATKINS**LLP

505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| | Washington, D.C. |

File No. 035201-0015

October 3, 2003

(415) 395 8197
richard.mooney@lw.com

*Via hand delivery & facsimile*
The Honorable Mark Falk
United States Magistrate Judge
Martin Luther King Jr. Federal Building
United States Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** *The Lincoln National Life Insurance Company v. Aon Re, Inc. et al.* (Civil Action No. 03-CV-2394 (DMC))

Dear Judge Falk:

Following last Thursday's telephonic case management conference in which Your Honor authorized this request, Lincoln hereby submits the authorities and arguments supporting its request for a one-half day deposition of Roger Smith, the Aon executive whose declaration was filed in support of Aon's motion to transfer this action to Illinois. The deposition would be limited to the issues raised by Aon's motion to transfer, and would be scheduled for a time and place convenient to Mr. Smith no later than October 14 (ten days prior to the due date of Lincoln's opposition). The circumstances supporting this request are compelling.

There can be no dispute that the Federal Rules authorize discovery to oppose a motion challenging venue, including a motion to transfer pursuant to 28 U.S.C. § 1404. *See, e.g., Oppenheimer Fund v. Sanders*, 437 U.S. 340, 351 (1978); *In re Japanese Electronic Products Antitrust Litigation*, 723 F.2d 238, 253 (3d Cir. 1983); *Fraley v. Chesapeake & Ohio Railway Co.*, 397 F.2d 1, 3-4 (3d Cir. 1968); *Deborah Heart & Lung Center v. Children of the World Foundation*, 99 F. Supp. 2d 481, 486 (D.N.J. 2000).

Lincoln therefore requested the deposition of Roger Smith, the Aon executive whose declaration was submitted in support of the motion to transfer. Lincoln offered to limit the deposition to one-half day, restricted to venue-related issues, and to travel to Chicago to conduct the deposition at a date and time convenient to Mr. Smith. Despite these efforts to accommodate any potential concerns, Aon refused even to acknowledge the request until it was forced to do so by the case management conference that took place last week.

SF\434715.3

The Honorable Mark Falk
October 3, 2003
Page 2

LATHAM&WATKINS LLP

The modest time required for Mr. Smith's deposition is amply justified. Mr. Smith submitted a 20 paragraph declaration in connection with the transfer motion, making assertions regarding the activities of Aon and third party Unicover. For example, Mr. Smith opines about:

> (1) what portions of business were conducted in Unicover's Illinois office and what portions were conducted in Unicover's New Jersey headquarters (where Unicover's CEO and principal decision-makers worked) (paragraphs 5-7, 11-12);

> (2) actions and correspondence of various Pool members including Lincoln, Phoenix, Cologne, and ReliaStar (paragraphs 8-10);

> (3) actions and communications between Unicover and Rattner Mackenzie (paragraphs 13-15);

> (4) the purported reasons Unicover engaged Aon, and Aon's communications with Unicover and with Pool members (paragraphs 16-19); and

> (5) a list of persons Mr. Smith believes might have evidence relevant to the present dispute (paragraph 20).

Lincoln is entitled to test those assertions, and a brief deposition is the best method for doing so. For example, Mr. Smith's assertion that his principal communications with Unicover were to Unicover's Illinois office appears to be inconsistent with the voluminous documentary evidence showing numerous communications between Smith and Unicover's New Jersey office. Similarly, Mr. Smith's assertion that Unicover hired Aon because Aon was in Chicago appears to be inconsistent with the facts of the relationships among Unicover, Mr. Smith, Mr. Mays, and Rattner Mackenzie prior to the time Mr. Smith joined Aon. It will be of assistance to the Court in considering the motion to transfer to have Mr. Smith's statements tested by cross-examination. Having put these matters in issue by his declaration, Mr. Smith can hardly object that a one-half day deposition would impose an undue burden.

Lincoln also served Aon with document requests narrowly tailored to address only venue-related issues. Aon responded by claiming (*inter alia*) that all of the documents requested were within the documents already "produced" by Aon in response to its Rule 26 obligations, and that it would not be producing any documents in response to the requests. Lincoln believes that this

SF434715.3

LATHAM&WATKINS LLP

assertion is not correct, and that the deposition of Mr. Smith would help confirm that additional responsive documents exist, support Lincoln's position, and should be produced forthwith.[1]

Finally, it is worth noting that the necessity for this deposition has been created by Mr. Smith himself. During the Three-Year Whole Account arbitration, the parties (including Lincoln) repeatedly sought to obtain testimony from Mr. Smith, and the arbitration panel issued a subpoena to compel his deposition. Mr. Smith, a senior executive at a major international corporation, took extreme measures for several weeks in order to avoid giving evidence, apparently including leaving the country, avoiding his own home, and barring access to the floor of his office in Chicago. (A copy of the process server's report is attached hereto). Absent Mr. Smith's obstructionist behavior, no deposition would be required now.[2]

Lincoln therefore respectfully requests that Aon be directed to produce Mr. Smith for one-half day of deposition, limited to venue-related topics and not counting toward the "one deposition" rule of the Federal Rules of Civil Procedure, at a location, date, and time convenient to the parties no later than October 14.

A proposed order is attached.

Respectfully submitted,

Richard J. Mooney
(admitted *pro hac vice*)

attachments
cc (w/ atts.; via electronic mail):
    Alan Kildow and James Richter, Esqs. (counsel for Aon)
    Thomas Quinn and Joanna Piorek, Esqs. (counsel for Rattner)

---

[1] Notably, Aon has not in reality even produced the Rule 26 documents that it says encompass all documents sought in Lincoln's document request. The Court may recall that Aon "produced" the documents by saying they would be made available for inspection. Lincoln repeatedly requested a date and time when it would be allowed to inspect the documents. Aon ignored the first five such requests, and then responded to the sixth by saying that Aon had moved the documents from San Francisco (where counsel for Lincoln is located) to Chicago (where counsel for Lincoln is not).

[2] The contrast with the behavior of Rattner's witness Christopher Mays, who sat for six days of deposition in the Three Year Whole Account arbitration, is unmistakable; Lincoln has not requested a jurisdiction-related deposition of Mr. Mays.

SF\434715.3

· 05/31/2002 17:23 FAX                                                    ☎003/015



# JOSEPH P. MAHR INVESTIGATIONS

120 EAST OGDEN AVENUE
SUITE 12
HINSDALE, ILLINOIS 60521

PHONE:   630-325-0505
MOBILE:  630-520-5143
FAX:     630-325-9499

May 22, 2002

Cadwalader, Wickersham & Taft
Attorneys at Law
100 Maiden Lane
New York, NY  10038

Attention:  Carla Spivack

Re:  Sun Life Assurance Company of Canada,
     et al. v. Connecticut General Life Ins.
     Co., et al.

Dear Ms. Spivack:

I have been attempting to serve the Summons for Deposition on Roger K. Smith since April 27th.  He had, as you know, returned my call to his office phone, 312-381-5343, from London, indicating that he was out of town but would be returning shortly.  It was believed that he was coming back to the states the week of the 29th of April, but when attempted service at AON found the company preventing access to his office floor and calls no more answered and no response to messages left, I did a rush Faces of the Nation address verification search and the enclosed National Dossier on Mr. Smith to confirm his residence, hoping to be able to serve him at his home, if not his office.

Subsequently, additional service attempts at AON, as well as service attempts at his home, proved unproductive, including a stake out on May 9th, 2002, starting at 5:30 a.m.  While the subject's wife and housekeeper were observed, he was not.  The African American cleaning woman was interviewed after Christine Smith left the premises, and indicated that Mr. Smith was not home, and from talking to various people at AON, I believe Mr. Smith was actually staying out of town, possibly in England, to evade the service.  With heightened security at AON, there is no way to get to him, and appeals to their Legal Department got the response that they would not assist in the service or allow service to be made at their office location.  I also attempted to have someone intercede with their Legal Department, but they have not been able to supposedly assist us, as they do not represent him.

On May 10th, with time running out, and having provided copies of both the Illinois Compiled Statute regarding obstructing service, and the Illinois Supreme Court Rules about complying with Subpoenas, John had on the 11th of May, left the Summons for Deposition and deposition fee with Christine Smith, who refused to take it in her hand, reminding her of the previously provided papers

A PROFESSIONAL CONFIDENTIAL SERVICE

Ms. Spivack
Page 2
May 22, 2002

regarding obstructing and compelling powers.

I am enclosing the material that I had obtained showing the Winnetka address to be his residence and, pursuant to Jeff Burman's request, we will be endeavoring again to serve Smith at his residence by placing it under surveillance without attempting to either serve him at AON or calling his home to see if he is available, so as not to alert him as he had been previously alerted by the opposition attorneys.

I will call if and when service is made.

Very truly yours,

Joseph P. Mahr

JPM:ce
Encs.

```
*****************************
     TRANSMISSION REPORT
*****************************
```

COMPLETED

(FRI) OCT  3 2003 11:19
LATHAM & WATKINS LLP FAX MACHINE #3

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 486;986-805 | 10.  3 11:17 | 10.  3 11:17 | 1'41" | 7 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| #048619736453097 | #048619736453097 |

# FACSIMILE TRANSMISSION

**DATE:**    October 3, 2003

**TO:**

| Name | Fax No. | Phone No. |
|---|---|---|
| Honorable Mark Falk | 973 645 3097 | |
| | | |
| | | |
| | | |

**FROM:**    Richard J. Mooney

**RE:**

| ☐ ORIGINAL(S) WILL FOLLOW | NUMBER OF PAGES, INCLUDING COVER: 7 |
|---|---|
| | |
| | |

**MESSAGE:**

Please see attached relating to the Lincoln v. Aon matter. Thank you very much.