UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AON RE, INC.<br><br>Defendant. | Civil Action No. 303 CV 905 RNC<br><br>**CERTIFICATE OF SERVICE** |

   I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 1900, San Francisco, CA 94111-2562.

   On **October 24, 2003**, I served the following document described as:

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S
MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS OF AON RE, INC.

DECLARATION OF RICHARD MOONEY IN SUPPORT OF
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S
MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS OF AON RE, INC.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S
MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STAY OF AON RE INC.

DECLARATION OF CHERYL A. ROGERS IN
OPPOSITION TO DEFENDANT AON RE, INC.'S MOTION TO STAY PROCEEDINGS

DECLARATION OF RICHARD MOONEY IN SUPPORT OF
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S
MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STAY OF AON RE, INC.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S
REPLY IN SUPPORT OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. SECTION 1404
AND OPPOSITION TO CROSS MOTION OF DEFENDANT AON RE INC.

DECLARATION OF RICHARD MOONEY IN SUPPORT OF
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S
REPLY IN SUPPORT OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. SECTION 1404
AND OPPOSITION TO CROSS MOTION OF DEFENDANT AON RE, INC.

by serving a true copy of the above-described document in the following manner:

SF\437918.1

**BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

Timothy Diamond
Wiggin & Dana, LLP
One Century Tower
265 Church Street
New Haven, CT 06508

Alan L. Kildow, Esq.
Sonya Braunschweig
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 24, 2003**, at San Francisco, California.

_____
Richard J. Mooney

SF\437918.1