UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AON RE, INC.<br><br>Defendant. | Civil Action No. 303 CV 905 RNC<br><br>**<u>NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION OF THE LINCOLN NATIONAL LIFE INSURANCE FOR ORDER ALLOWING LINCOLN TO FILE DOCUMENTS UNDER SEAL</u>**<br><br>(November 5, 2003) |

SF\438875.1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff The Lincoln National Life Insurance Company ("Lincoln") will and hereby does apply *ex parte* for an order pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil rule 5(d) for an order allowing Lincoln to file certain documents under seal. This application is unopposed, and is further supported by the accompanying memorandum of law and proposed order, the Declaration of Richard Mooney filed herewith, the pleadings and papers on file in this action, and any other items properly considered by the Court.

Please take further notice that no hearing date has been set, and Lincoln respectfully requests expeditious consideration of this application by the Court in light of the circumstances.

Dated: November 4, 2003
San Francisco, California

LATHAM & WATKINS LLP

By _____
Richard Mooney (ct25231; *pro hac vice*)
Attorneys for Plaintiff The Lincoln
National Life Insurance Company

505 Montgomery St. #1900
San Francisco, CA 94111
(415) 391-0600
(415) 395-8095 (fax)
richard.mooney@lw.com

1

SF\438875.1