UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AON RE, INC.<br><br>Defendant. | Civil Action No. 303 CV 905 RNC<br><br>**CERTIFICATE OF SERVICE**<br><br>(November 5, 2003) |

SF\437918.1

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 1900, San Francisco, CA 94111-2562.

On **November 4, 2003**, I served the following document described as:

**NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S FOR ORDER ALLOWING LINCOLN TO FILE DOCUMENTS UNDER SEAL.**

**MEMORANDUM OF LAW IN SUPPORT OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S EX PARTE APPLICATION FOR ORDER ALLOWING LINCOLN TO FILE DOCUMENTS UNDER SEAL**

**DECLARATION OF RICHARD MOONEY IN SUPPORT OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S EX PARTE APPLICATION FOR ORDER ALLOWING LINCOLN TO FILE DOCUMENTS UNDER SEAL.**

**[PROPOSED] ORDER ALLOWING THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO FILE DOCUMENTS UNDER SEAL**

by serving a true copy of the above-described document in the following manner:

**BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

| | |
|---|---|
| Timothy Diamond<br>Wiggin & Dana, LLP<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508 | Alan L. Kildow, Esq.<br>Sonya Braunschweig<br>Oppenheimer Wolff & Donnelly LLP<br>3300 Plaza VII Building<br>45 South Seventh Street<br>Minneapolis, MN 55402 |

SF\437918.1

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 4, 2003**, at San Francisco, California.

_____
Richard J. Mooney

SF\437918.1