UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AON RE, INC.<br><br>Defendant. | Civil Action No. 303 CV 905 RNC<br><br>**[PROPOSED] ORDER ALLOWING THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO FILE DOCUMENTS UNDER SEAL**<br><br>(November 5, 2003) |

This matter having come before the Court upon Plaintiff's *ex parte* application to file documents under seal pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil rule 5(d), and the Court having reviewed the pleadings, and good cause appearing therefore:

IT IS HEREBY on this _____ day of November, 2003, ORDERED that Plaintiff's *ex parte* application is granted, and Lincoln may file under seal the documents identified Plaintiff's application and accompanying papers.

_____
The Hon. Robert N. Chatigny
United States District Judge

1

SF\438876.1