UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AON RE, INC.<br><br>Defendant. | Civil Action No. 303 CV 905 RNC<br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S NOTICE OF FILING UNDER SEAL**<br><br>(November 20, 2003) |

**ORAL ARGUMENT REQUESTED**

SF\441596.1

PLEASE TAKE NOTICE that pursuant to the Court's order of November 13, 2003, Plaintiff The Lincoln National Life Insurance Company is filing the following documents under seal:

1. Declaration of Richard Mooney in Support of The Lincoln National Life Insurance Company's Reply in Support of Motion to Transfer Pursuant to 28 U.S.C. section 1404 and Opposition to Cross-Motion of Defendant Aon Re, Inc.

2. Declaration of Richard Mooney in Support of The Lincoln National Life Insurance Company's Memorandum of Law in Opposition to Motion to Stay of Aon Re, Inc.

The public portion of each of these documents was previously filed in this matter. Each of these documents was previously served in its entirety on each party in this matter.

Dated: November 19, 2003
San Francisco, California

LATHAM & WATKINS LLP

By _____
Richard Mooney (admitted *pro hac vice*)
Attorneys for Plaintiff The Lincoln
National Life Insurance Company

505 Montgomery St. #1900
San Francisco, CA 94111
(415) 391-0600
(415) 395-8095 (fax)
richard.mooney@lw.com

1