UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV 21  P 3: 15

US DISTRICT COURT
HARTFORD CT

---

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | CIVIL ACTION NO. 3:03CV0905 (RNC) |
| Plaintiff, | |
| v. | |
| AON RE, INC. | November 21, 2003 |
| Defendant. | |

---

### DEFENDANT AON RE, INC.'S MOTION FOR PERMISSION TO FILE AN AMENDED REPLY MEMORANDUM IN SUPPORT OF ITS MOTIONS TO STAY PROCEEDINGS OR DISMISS

Defendant Aon Re, Inc. respectfully requests permission to file an Amended Reply Memorandum in Support of Its Motions to Stay Proceedings or Dismiss. After filing its original reply brief on November 17, 2003, counsel for Aon Re discovered that two references in the brief were incorrect and that two exhibits were omitted.

Footnote 59 now states "*See* Phoenix Mem. in Opp'n, Ex. C at 5, 10 attached thereto." Footnote 59 instead should read "*See* Ex. 17 at 5, 10 attached hereto" and Exhibit 17 should be attached. Footnote 60 now states, in pertinent part, "*See id.* at Ex. B. . . ." Footnote 60 instead

should read "*See* Ex. 18 attached hereto" and Exhibit 18 should be attached. A copy of the Amended Reply Memorandum making these corrections is filed herewith.

Respectfully submitted,

By: _____
Timothy A. Diemand (CT 18075)
WIGGIN & DANA LLP
One Century Tower
265 Church Street
New Haven, Connecticut 06508
Telephone: (203) 498–4400
Facsimile: (203) 782–2889

Shand S. Stephens (CT14705)
AON LAW DIVISION
199 Fremont Street
San Francisco, California 94105
Telephone: (415) 486–6980
Facsimile: (415) 486–7018

Dan K. Webb (CT 25036)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558–5600
Facsimile: (312) 558–5700

Alan L. Kildow (CT 24177)
Sonya R. Braunschweig (CT 25037)
OPPENHEIMER WOLFF & DONNELLY LLP
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607–7000
Facsimile: (612) 607–7100

*Attorneys for Defendant Aon Re, Inc.*

## CERTIFICATION

This is to certify that a copy of the foregoing Defendant Aon Re, Inc.'s Motion for Permission to File an Amended Reply Memorandum in Support of Its Motion to Stay Proceedings or Dismiss was sent by overnight mail this 21st day of November, 2003 to:

Richard J. Mooney
Latham & Watkins LLP
505 Montgomery Street, Ste. 1900
San Francisco, CA  94111

Walter P. Loughlin
Latham & Watkins
885 Third Avenue, 53rd Fl, Ste. 1000
New York, NY  10022-4802

_____
Timothy A. Diemand

TC2: 649376 v01 11/16/2003