UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV 21 P 3: 15
US DISTRICT COURT
HARTFORD CT

---

THE LINCOLN NATIONAL LIFE : CIVIL ACTION NO.
INSURANCE COMPANY, : 3:03CV0905 (RNC)
:
:
Plaintiff, :
:
v. :
:
AON RE, INC. : November 21, 2003
:
Defendant. :

---

### DEFENDANT AON RE, INC.'S MOTION FOR PERMISSION TO FILE AN AMENDED REPLY MEMORANDUM IN SUPPORT OF ITS MOTIONS TO STAY PROCEEDINGS OR DISMISS

Defendant Aon Re, Inc. respectfully requests permission to file an Amended Reply Memorandum in Support of Its Motions to Stay Proceedings or Dismiss. After filing its original reply brief on November 17, 2003, counsel for Aon Re discovered that two references in the brief were incorrect and that two exhibits were omitted.

Footnote 59 now states "*See* Phoenix Mem. in Opp'n, Ex. C at 5, 10 attached thereto." Footnote 59 instead should read "*See* Ex. 17 at 5, 10 attached hereto" and Exhibit 17 should be attached. Footnote 60 now states, in pertinent part, "*See id.* at Ex. B. . . ." Footnote 60 instead