UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AON RE, INC.<br><br>Defendant. | Civil Action No. 303 CV 905 RNC<br>**DECLARATION OF RICHARD MOONEY IN SUPPORT OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO AON'S MOTION TO DISMISS, MOTION TO STAY, AND CROSS MOTION TO TRANSFER**<br><br>(December 22, 2003) |

**ORAL ARGUMENT REQUESTED**

SF\437826.1

I, Richard J. Mooney, declare as follows.

1.   I am an attorney admitted to practice in the State of California, and admitted *pro hac vice* before this Court (bar number ct25231). I am associated with the law firm of Latham & Watkins LLP, counsel to Plaintiff The Lincoln National Life Insurance Company ("Lincoln") in this matter. I make this declaration in support of Lincoln's Supplemental Opposition to the Motion to Dismiss, Motion to Stay, and Cross Motion to Transfer of defendant Aon Re, Inc. ("Aon"). I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would testify competently thereto.

2.   The Court is aware that another member of the Unicover Pool, ReliaStar Life Insurance Company ("ReliaStar"), filed suit in New Jersey Superior Court against Aon and other defendants. As in this action Aon responded to the ReliaStar complaint with motions to stay the action and/or transfer the action. On November 7, 2003, the New Jersey Superior Court ruled on Aon's motions in the ReliaStar action, reading its decision in open court in lieu of issuing a written opinion. A true and correct copy of the transcript of the ruling is attached hereto as Exhibit A.

3.   Promptly after the New Jersey Superior Court announced that it had reached a decision, Unicover's successor in interest (Cragwood Managers, LLC) served a 55-page amended arbitration demand. The amended demand replaces the previous demand of less than 1 ½ pages, asserts eight causes of action (including racketeering) not previously addressed in any litigation or arbitration and thus requiring substantial new discovery, and seeks nearly a billion dollars in damages. A true and correct copy of that amended arbitration demand is attached hereto as Exhibit B.

4.   In response to Unicover's amended arbitration demand, ReliaStar has requested reconsideration of the New Jersey Superior Court's ruling staying that action, on the ground (*inter alia*) that the amended arbitration demand demonstrated that the arbitration would not be concluded for years to come. A true and correct copy of that request is attached hereto as

1

SF\437826.1

2

Exhibit C. The New Jersey Superior Court has not to date ruled on the request for reconsideration.

I declare under penalty of perjury under the laws of the United States and the State of California and the State of Connecticut that the foregoing is true and correct and this declaration was executed on December 22, 2003 in San Francisco, California.

Richard J. Mooney

2

SF\437826.1